IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

      Plaintiff,

vs.

ALFRED HARRIS, JR.; KELLY HOLLAND; and DOES 1-10, inclusive,

      Defendants.

No. CIV S-12-0110 JAM EFB PS

ORDER

On January 18, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.[1]

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 18, 2012, are ADOPTED;

---

[1] Although it appears from the file that defendant Kelly Holland's copy of the findings and recommendations was returned, she was properly served. It is the a party's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of Solano; and

3. The Clerk is directed to close the case.

DATED: June 14, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE