1

2

3

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FEDERAL NATIONAL MORTGAGE
     ASSOCIATION,
11
                  Plaintiff,                    No. CIV S-12-0110 JAM EFB PS
12        vs.

13   ALFRED HARRIS, JR.; KELLY
     HOLLAND; and DOES 1-10, inclusive,
14
                  Defendants.                   ORDER
15   _____/

16          On January 18, 2012, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within fourteen days.  No objections were filed.[1]

19          The court has reviewed the applicable legal standards and, good cause appearing,

20   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

21          Accordingly, IT IS ORDERED that:

22          1.  The proposed Findings and Recommendations filed January 18, 2012, are

23   ADOPTED;

24   _____

25      [1]  Although it appears from the file that defendant Kelly Holland's copy of the findings and
     recommendations was returned, she was properly served.  It is the a party's responsibility to keep
26   the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of
     documents at the record address of the party is fully effective.

                                              1

2.  The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of Solano; and

3.  The Clerk is directed to close the case.

DATED:   June 14, 2012

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE

2